BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARINDER KAUR, et al., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JANET NAPOLITANO, et al., ) <br> ) <br> ) <br> Defendants. ) <br> ) <br> _____ ) | CV 09-CV-F-1778 OWW DLB <br><br><br> **STIPULATION RE:** <br> **REMAND AND RESPONDENTS'** <br> **ANSWER AND** <br> **ORDER** |

This is an immigration case in which plaintiffs have filed to challenge U.S. Citizenship and Immigration Services' (CIS) failure to timely adjudicate their naturalization applications and to seek de novo review of these applications. As of the time of this filing, the agency is prepared to adjudicate the applications. Because of the jurisdictional posture of the case, the agency cannot complete that process until the case is remanded with instructions to CIS. 8 U.S.C. § 1447(b). Accordingly, the parties jointly agree that the case should be remanded with instructions to complete adjudication of the case within 60 days from the date of the order of remand. In the event CIS fails to timely complete this adjudication, the parties agree that jurisdiction will revert to this Court, and a scheduling conference will take place as soon as possible.

| | |
|---|---|
| Dated: November 12, 2009 | Respectfully Submitted, |
| | BENJAMIN B. WAGNER<br>United States Attorney |
| | By: <u>/s/Audrey Hemesath</u><br>Audrey B. Hemesath<br>Assistant U.S. Attorney<br>Attorneys for the Respondents |
| | By: <u>/s/ James M. Makasian</u><br>James M. Makasian<br>Attorney for the Petitioner |

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the case be remanded to Citizenship and Immigration Services to complete adjudication on the application for naturalization within 60 days from the date of this Order.

IT IS SO ORDERED.

**Dated:   December 30, 2009**          <u>**/s/ Oliver W. Wanger**</u>
                                        UNITED STATES DISTRICT JUDGE